IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANTONIO BROWNER, | : | |
| Petitioner | : | |
| VS. | : | |
| Warden DOUG WILLIAMS, | : | NO. 5:15-CV-261 (MTT) |
| Respondent | : | **O R D E R** |

Petitioner Antonio Browner, an inmate at Smith State Prison, filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254. In response to this Court's prior Order (ECF No. 10), Petitioner submitted a letter indicating that he has not yet exhausted his state remedies and requesting that his habeas petition be dismissed. (ECF No. 12).[1] Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a petitioner may voluntarily dismiss his action "before the opposing party serves either an answer or a motion for summary judgment[.]" Respondent has not yet served an answer or a motion for summary judgment. In light of the foregoing, Petitioner's petition is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 8th day of September, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Petitioner also asks that the Court "not charge [his] account." (ECF No. 12). This Court has not ordered Petitioner to pay any fees.